UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>C.B. Sullivan Company, Inc.</u>

    v.                          Civil No. 09-cv-239-JM

<u>Nioxin Research Laboratories, Inc.</u>


### <u>O R D E R</u>

By statute, a financial interest in a party, however slight (i.e. even one share of stock), results in mandatory disqualification. As I have a financial interest in the parent company of defendant Nioxin Research Laboratories, Inc., recusal from this case is required.

    Accordingly, I hereby recuse myself from this case.

    **SO ORDERED.**

                                        _____
                                        James R. Muirhead
                                        United States Magistrate Judge

Date: November 9, 2009

cc:   Steven E. Grill, Esq.